**99–924.   York v. Mayfield Neurological Inst., Inc.**

Butler App. Nos. CA96–08–164 and CA97–03–057. Discretionary appeal allowed.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

Discretionary cross-appeal allowed.

MOYER, C.J., and COOK, J., dissent.

**99–925.   Lippert v. Peace.**

Hancock App. No. 5–99–01. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 99–219, 222, 223 and 224, *Karr v. Borchardt,* Seneca App. Nos. 13–98–33, 13–98–36, 13–98–35 and 13–98–34; briefing schedule stayed.

F.E. SWEENEY, J., dissents.

**99–934.   Williams v. Williams.**

Warren App. No. CA98–09–114. *Sua sponte,* cause consolidated with 99–1095, *supra.*

**99–1099.   State v. Fink.**

Stark App. No. 1998CA00348. Discretionary appeal allowed; *sua sponte,* cause held for the decision in 99–765, *State v. Suffecool,* Stark App. 1998CA00101; briefing schedule stayed.

LUNDBERG STRATTON, J., would allow only on Propositions of Law Nos. III, IV, and V, and would hold for 99–765, *supra.*

F.E. SWEENEY and PFEIFER, JJ., dissent.